IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHELBY NICHOLE ARLEDGE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:18cv62-MHT (WO) |
| TERRI BOZEMAN LOVELL, et al., | ) ) ) | |
| Defendants. | ) | |

OPINION

Plaintiffs filed this lawsuit asserting that the defendants engaged in "serious human rights abuses" and "corruption [of] law and justice." This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of March, 2018.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**